UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY CHAPPELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, et al.,<br><br>　　　　　Respondents. | Case No. 3:25-cv-00060-ART-CSD<br><br>ORDER |

　　　This matter is before the Court on Petitioner Randy Chappell's unopposed motion for a 90-day extension of time to file his amended petition. (ECF No. 8.) This is Chappell's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 8) is granted. Chappell has up to and including September 10, 2025, to file his amended petition.

　　　DATED THIS 23rd day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1