UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY CHAPPELL, | Case No. 3:25-cv-00060-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for a 45-day extension of time to file their response to Petitioner Randy Chappell's amended petition. (ECF No. 16.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 16) is granted. Respondents have up to and including March 30, 2026, to file their response.

DATED THIS 19th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1