UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY CHAPPELL, | Case No. 3:25-cv-00060-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for a 30-day extension of time to file their response to Petitioner Randy Chappell's amended petition. (ECF No. 18.) This is Respondents' second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 18) is granted. Respondents have up to and including April 29, 2026, to file their response.

DATED THIS 31st day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1