UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDY CHAPPELL,

Petitioner,

v.

NETHANJAH BREITENBACH, et al.,

Respondents.

Case No. 3:25-cv-00060-ART-CSD

ORDER

This matter is before the Court on Respondents' unopposed motion for a 14-day extension of time to file their response to Petitioner Randy Chappell's amended petition. (ECF No. 20.) This is Respondents' third request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 20) is granted. Respondents have up to and including May 13, 2026, to file their response.

DATED THIS 4th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1