UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDY CHAPPELL,

                                    Petitioner,

          v.

NETHANJAH BREITENBACH,

                                    Respondent.

Case No. 3:25-cv-00060-ART-CSD

ORDER

Before this Court is Petitioner Randy Chappell's unopposed motion for a 61-day extension of time to file his opposition to the motion to dismiss. (ECF No. 29 ("Motion for Extension").) This is Chappell's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

Also before the Court is Respondent's motion to seal 8 exhibits. (ECF No. 26 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu,* 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the Motion for Extension (ECF No. 29) is granted. Chappell has up to and including July 27, 2026, to file his opposition.

It is further ordered that the Motion to Seal (ECF No. 26) is granted. Exhibits 2, 3a, 11, 12, 26, 32, 35, and 77 (ECF Nos. 27-1 through 27-8) are considered properly filed under seal.

DATED THIS 29th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1