UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY CHAPPELL,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 3:25-cv-00060-ART-CSD<br>ORDER |

Before this Court is Respondent's unopposed motion for a 62-day extension of time to file her answer to the second-amended petition. (ECF No. 39 ("Motion for Extension").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion for Extension (ECF No. 39) is granted. Respondent has up to and including January 25, 2027, to file her answer.

DATED THIS 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE